ACCEPTED
12-15-00105-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
7/30/2015 11:51:29 AM
CATHY LUSK
CLERK

No. 12-15-00105-CV

In the Twelfth Court of Appeals
Tyler, Texas

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
7/30/2015 11:51:29 AM
CATHY S. LUSK
Clerk

**Consolidated Property Interests, LLC**
*Appellant*

**v.**

**Jerry Payne and Penny Payne**
*Appellees*

*Appealed from the 273rd Judicial District Court*
*Sabine County, Texas*

**SECOND UNOPPOSED MOTION TO EXTEND
TIME TO FILE APPELLANT'S BRIEF**

Brent L. Watkins
Texas Bar No. 24033312
SKELTON SLUSHER
1616 S. Chestnut
Lufkin, Texas 75902
Telephone: 936-632-2300
Facsimile:  936-632-6545
bwatkins@skeltonslusher.com

Greg Smith
Texas Bar No. 18600600
RAMEY & FLOCK, P.C.
100 E. Ferguson, Suite 500
Tyler, Texas 75702
Telephone: 903-597-3301
Facsimile:  903-597-2413
gsmith@rameyflock.com

**ATTORNEYS FOR APPELLANT**

**TO THE HONORABLE COURT OF APPEALS:**

Appellant Consolidated Property Interests, LLC, asks the Court to extend the time for filing appellant's brief by 30 days to and including Friday, September 11, 2015.

## 1.
## Information Required by Rule 10.5,
## Tex. R. App. P.

The following information supports this request.

(i)     Appellant's brief is currently due to be filed August 12, 2015.

(ii)    Appellant requests that the deadline for filing its brief be extended by 30 days to and including Friday, September 11, 2015.

(iii)   This is Appellant's second request to extend the briefing deadline.

## 2.
## Facts Explaining the Need to
## Extend the Briefing Deadline

Counsel is unable to complete the appellant's brief and secure the necessary client review and approval by the current deadline. Besides work on this brief, Greg Smith, lead counsel on appeal, has been and will be required to divide his available briefing time among the following matters:

(i)    No. 14-0135, *Margaret Taylor Riess and Barrett Riess vs. Petroreal, Inc., James E. Hightower, and Lynn Bryant*, In the 3rd District Court of Houston County, Texas (*summary-judgment briefing*); and

(ii)    a prepaid vacation, from August 1 through August 13, 2015.

## 3.

This motion is not sought solely for delay, but in the interest of justice and to ensure that Appellant's brief sufficiently aids the Court's decisional process.

## 4.
## Conference with Opposing Counsel

John Seale, counsel for Appellees, states that the relief requested in this motion is unopposed.

## 5.
## Conclusion and Prayer

Appellant, Consolidated Property Interests, LLC, prays that the Court would extend the time for filing its appellant's brief by 30 days to and including Friday, September 11, 2015.

Respectfully submitted,


   /s/ Greg Smith

Greg Smith
State Bar No. 18600600
RAMEY & FLOCK, P.C.
100 East Ferguson, Suite 500
Tyler, TX  75702
Telephone:  (903) 597-3301
Facsimile:    (903) 597-2413
gsmith@rameyflock.com

Brent L. Watkins
State Bar No. 24033312
SKELTON SLUSHER
1616 S. Chestnut
Lufkin, TX  75902
Telephone:  (936) 632-2300
Facsimile:    (936) 632-6545
bwatkins@skeltonslusher.com

**COUNSEL FOR APPELLANT**

### Certificate of Service

The undersigned certifies that a copy of the above and foregoing document was served upon counsel for Appellees in accordance with the applicable Texas Rules of Civil Procedure on this the 30th day of August, 2015, on the following:

**Efiling – katiemorgan@yahoo.com**
John H. Seale
Attorney at Law
P. O. Box 480
Jasper, TX 75951


   /s/ Greg Smith

Greg Smith

4